```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GABRIEL YBARRA RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0461 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
|  | ) CONTINUING STATUS CONFERENCE |
| v. | ) |
|  | ) |
| GABRIEL YBARRA RAMIREZ, | ) Date: November 30, 2007 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, |
|  | )        Jr. |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through Phillip Talbert, Assistant United States Attorney, and GABRIEL YBARRA RAMIREZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for November 9, 2007, be vacated and rescheduled for status conference on November 30, 2007, at 9:00 a.m.

This continuance is being requested because of on-going defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from November 9, 2007, through and including November 30, 2007, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 8, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
GABRIEL YBARRA RAMIREZ

Dated: November 8, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
PHILLIP TALBERT
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  November 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge