1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GABRIEL YBARRA RAMIREZ

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        ) NO. CR-S-07-0461 GEB
12                                  )
                 Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
13                                  ) CONTINUING STATUS CONFERENCE
        v.                          )
14                                  )
   GABRIEL YBARRA RAMIREZ,          ) Date:  January 11, 2008
15                                  ) Time:  9:00 a.m.
                 Defendant.         ) Judge: Hon. Garland E. Burrell,
16                                  )        Jr.
   _____)
17

18

19      It is hereby stipulated and agreed to between the United States of

20 America through Phillip Talbert, Assistant United States Attorney, and

21 GABRIEL YBARRA RAMIREZ, by and through his counsel, Matthew C. Bockmon,

22 Assistant Federal Defender, that the status conference presently

23 scheduled for November 30, 2007, be vacated and rescheduled for status

24 conference on January 11, 2008, at 9:00 a.m.

25      This continuance is being requested because of on-going defense

26 investigation and preparation.

27      IT IS FURTHER STIPULATED that the period from November 30, 2007,

28 through and including January 11, 2008, be excluded in computing the

1 time within which trial must commence under the Speedy Trial Act,
2 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
3 continuity and preparation of counsel.
4 Dated: November 28, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
GABRIEL YBARRA RAMIREZ

Dated: November 28, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
PHILLIP TALBERT
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  November 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                              2