```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL YBARRA RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0461 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| GABRIEL YBARRA RAMIREZ, ) | Date: May 16, 2008 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, |
| ) | Jr. |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through Philip A. Ferrari, Assistant United States Attorney, and GABRIEL YBARRA RAMIREZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for April 25, 2008, be vacated and rescheduled for status conference on May 16, 2008, at 9:00 a.m.

    This continuance is being requested because of on-going defense investigation and preparation.

    IT IS FURTHER STIPULATED that the period from April 25, 2008, through and including May 16, 2008, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: April 24, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    GABRIEL YBARRA RAMIREZ

Dated: April 24, 2008

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew C. Bockmon for
                                    _____
                                    PHILIP A. FERRARI
                                    Assistant U.S. Attorney
                                    per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  April 28, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge