```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GABRIEL YBARRA RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0461 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| GABRIEL YBARRA RAMIREZ, ) | Date:  June 13, 2008 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, |
| ) |         Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Heiko P. Coppola, Assistant United States Attorney, and GABRIEL YBARRA RAMIREZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for May 16, 2008, be vacated and rescheduled for status conference on June 13, 2008, at 9:00 a.m.

This continuance is being requested because of on-going defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from May 16, 2008, through and including June 13, 2008, be excluded in computing the time

1  within which trial must commence under the Speedy Trial Act, pursuant
2  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
3  preparation of counsel.

4  Dated: May 15, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
GABRIEL YBARRA RAMIREZ

Dated: May 15, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
HEIKO P. COPPOLA
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  May 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge