```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GABRIEL YBARRA RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0461 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
|  | ) CONTINUING STATUS CONFERENCE |
| v. | ) |
|  | ) |
| GABRIEL YBARRA RAMIREZ, | ) Date: July 11, 2008 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, |
|  | )          Jr. |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through Heiko P. Coppola, Assistant United States Attorney, and GABRIEL YBARRA RAMIREZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for June 13, 2008, be vacated and rescheduled for status conference on July 11, 2008, at 9:00 a.m.

This continuance is being requested because of on-going defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from June 13, 2008, through and including July 11, 2008, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: June 12, 2008

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Matthew C. Bockmon
                                _____
                                MATTHEW C. BOCKMON
                                Assistant Federal Defender
                                Attorney for Defendant
                                GABRIEL YBARRA RAMIREZ

Dated: June 12, 2008

                                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Matthew C. Bockmon for
                                _____
                                HEIKO P. COPPOLA
                                Assistant U.S. Attorney
                                per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  June 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                    2