```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GABRIEL YBARRA RAMIREZ

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  NO. CR-S-07-0461 GEB
                                 )
13              Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE
14       v.                      )
                                 )
15  GABRIEL YBARRA RAMIREZ,      )  Date:  August 15, 2008
                                 )  Time:  9:00 a.m.
16              Defendant.       )  Judge: Garland E. Burrell, Jr.
                                 )
17  _____)

18
```

19    It is hereby stipulated and agreed to between the United States of
20 America through Heiko P. Coppola, Assistant United States Attorney, and
21 GABRIEL YBARRA RAMIREZ, by and through his counsel, Matthew C. Bockmon,
22 Assistant Federal Defender, that the status conference presently
23 scheduled for July 11, 2008, be vacated and rescheduled for status
24 conference on August 15, 2008, at 9:00 a.m.
25    This continuance is being requested as counsel for Mr. Ramirez
26 will be out of the district.
27    IT IS FURTHER STIPULATED that the period from July 11, 2008,
28 through and including August 15, 2008, be excluded in computing the

1  time within which trial must commence under the Speedy Trial Act,
2  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
3  continuity and preparation of counsel.

4  Dated: July 8, 2008

                      Respectfully submitted,

                      DANIEL J. BRODERICK
                      Federal Defender

                      /s/ Matthew C. Bockmon
                      _____
                      MATTHEW C. BOCKMON
                      Assistant Federal Defender
                      Attorney for Defendant
                      GABRIEL YBARRA RAMIREZ

11 Dated: July 8, 2008

                      MCGREGOR W. SCOTT
                      United States Attorney

                      /s/ Matthew C. Bockmon for
                      _____
                      HEIKO P. COPPOLA
                      Assistant U.S. Attorney
                      per telephonic authority

**O R D E R**

18 IT IS SO ORDERED.

19 Dated:  July 9, 2008

                      _____
                      GARLAND E. BURRELL, JR.
                      United States District Judge