```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL YBARRA RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-0461 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| GABRIEL YBARRA RAMIREZ, | Date:  August 29, 2008<br>Time:  9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Heiko P. Coppola, Assistant United States Attorney, and GABRIEL YBARRA RAMIREZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for August 15, 2008, be vacated and rescheduled for status conference on August 29, 2008, at 9:00 a.m.

This continuance is being requested due to the unavailability of counsel for Mr. Ramirez.

IT IS FURTHER STIPULATED that the period from August 15, 2008, through and including August 29, 2008, be excluded in computing the

1  time within which trial must commence under the Speedy Trial Act,
2  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
3  continuity and preparation of counsel.
4  Dated: August 4, 2008

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        GABRIEL YBARRA RAMIREZ

11 Dated: August 4, 2008

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Bockmon for
                                        _____
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney
                                        per telephonic authority

                        **O R D E R**

18 IT IS SO ORDERED.

19 Dated:  August 4, 2008

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge