1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GABRIEL YBARRA RAMIREZ

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,       ) NO. CR-S-07-0461 GEB
                                   )
13              Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
                                   ) CONTINUING STATUS CONFERENCE
14      v.                         )
                                   )
15 GABRIEL YBARRA RAMIREZ,         ) Date:  September 26, 2008
                                   ) Time:  9:00 a.m.
16              Defendant.         ) Judge: Garland E. Burrell, Jr.
                                   )
17 _____ )

18

19      IT IS HEREBY STIPULATED AND AGREED TO between the United States of

20 America through Heiko P. Coppola, Assistant United States Attorney, and

21 Gabriel Ybarra Ramirez, by and through his counsel, Matthew C. Bockmon,

22 Assistant Federal Defender, that the status conference presently

23 scheduled for August 29, 2008, be vacated and rescheduled for status

24 conference on September 26, 2008, at 9:00 a.m.

25      This continuance is being requested because of on-going defense

26 investigation and preparation.

27      IT IS FURTHER STIPULATED that the period from August 29, 2008,

28 through and including September 26, 2008, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: August 27, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
GABRIEL YBARRA RAMIREZ

Dated: August 27, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
HEIKO P. COPPOLA
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  August 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge