1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GABRIEL YBARRA RAMIREZ

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  NO. CR-S-07-0461 GEB
                                   )
13              Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                   )  CONTINUING STATUS CONFERENCE
14       v.                        )
                                   )
15  GABRIEL YBARRA RAMIREZ,        )  Date:  October 3, 2008
                                   )  Time:  9:00 a.m.
16              Defendant.         )  Judge: Garland E. Burrell, Jr.
                                   )
17  _____)

18

19       IT IS HEREBY STIPULATED AND AGREED TO between the United States of

20  America through Heiko P. Coppola, Assistant United States Attorney, and

21  Gabriel Ybarra Ramirez, by and through his counsel, Matthew C. Bockmon,

22  Assistant Federal Defender, that the status conference presently

23  scheduled for September 26, 2008, be vacated and rescheduled for status

24  conference on October 3, 2008, at 9:00 a.m.

25       This continuance is being requested because of on-going defense

26  investigation and preparation.

27       IT IS FURTHER STIPULATED that the period from September 26, 2008,

28  through and including October 3, 2008, be excluded in computing the

1  time within which trial must commence under the Speedy Trial Act,

2  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for

3  continuity and preparation of counsel.

4  Dated: September 25, 2008

                                        Respectfully submitted,
5
                                        DANIEL J. BRODERICK
6                                       Federal Defender

7                                       /s/ Matthew C. Bockmon

                                        _____
8                                       MATTHEW C. BOCKMON
                                        Assistant Federal Defender
9                                       Attorney for Defendant
                                        GABRIEL YBARRA RAMIREZ
10

11  Dated: September 25, 2008

12                                      MCGREGOR W. SCOTT
                                        United States Attorney
13
                                        /s/ Matthew C. Bockmon for
14
                                        _____
15                                      HEIKO P. COPPOLA
                                        Assistant U.S. Attorney
16                                      per telephonic authority

17
                                         * * * * * *
18

19                                  **O R D E R**

20  IT IS SO ORDERED.

21  Dated:  September 25, 2008

22

23  _____
    GARLAND E. BURRELL, JR.
24  United States District Judge

25

26

27

28

Stip & Order                              2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip & Order                                              3